Case No.  SACV 10-20-JST (RNBx)                                    Date:  May 4, 2011
Title:  Miguel Luis D. Coscolluela Jr. v. John E. Potter et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER SETTING OSC HEARING FOR FRIDAY, MAY 6, 2011 AT 9:00 A.M.**

On April 29, 2011, the Court issued an Order to Show Cause for the parties' failure to file an ADR-01 form, engage in settlement proceedings, or file a proposed Final Pretrial Conference Order.  (Doc. 30.)  The parties submitted respective responses (Docs. 31, 35, 39), and Plaintiff filed a proposed Final Pretrial Conference Order that lacked Defendant's signature (Doc. 37).  Having reviewed the parties' responses and the incomplete proposed Final Pretrial Conference Order, the Court sets an Order to Show Cause Hearing for Friday, **May 6, 2011 at 9:00 a.m.**  If the parties do not successfully prepare and submit a complete, *joint* proposed Final Pretrial Conference Order prior to the hearing, the parties shall bring laptops, and any other necessary equipment, to prepare and submit a proposed Final Pretrial Conference Order at that time.

Initials of Preparer:  enm